JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUDWIK CHROBOK, ) | No. CV-09-2890 TEH |
| ) | |
|     Plaintiff, ) | **E-FILED** |
| ) | |
|     v. ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE INITIAL CASE |
| UNITED STATES OF AMERICA, ) | MANAGEMENT CONFERENCE |
| VETERANS ADMINISTRATION ) | |
| ) | |
|     Defendant. ) | |
| ) | |

    The plaintiff Ludwik Chrobok, ("Plaintiff") and the federal defendants United States of America and Veterans Administration ("Federal Defendants")[1] by and through their counsel stipulate to the following:

    WHEREAS Plaintiff filed his complaint in the above-captioned action on June 26, 2009;

    WHEREAS the United States Attorneys Office for the Northern District of California, San Francisco has not yet been served with the complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure;

    WHEREAS, pursuant to Rule l2(a)(3)(A) and (B) of the Federal Rules of Civil Procedure, the United States or its officers or agencies have sixty (60) days after service upon the

---

[1] The Federal Defendants are specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

1  U.S. Attorney to file an answer or other response to a complaint;

2  WHEREAS, the Initial Case Management Conference in the above-captioned action is
3  currently scheduled for October 5, 2009 at 1:30 p.m.;

4  ACCORDINGLY, the Plaintiff and Federal Defendants (collectively "the parties") agree
5  and stipulate as follows:

6  The parties respectfully request that the Initial Case Management Conference currently
7  scheduled in this case for October 5, 2009 at 1:30 p.m. be continued to November 16, 2009 at
8  1:30 p.m.

9  So Stipulated.

10  DATED: September 4, 2009                    Respectfully submitted,

11                                              JOSEPH P. RUSSONIELLO
                                                United States Attorney
12
                                                     /s/ Melissa Brown
13                                              _____
                                                MELISSA K. BROWN
14                                              Assistant United States Attorney

15

16  DATED: September 4, 2009

17                                              MARK J. ALEXANDER
                                                Law Offices of Mark J. Alexander
18
                                                /s/ Mark J. Alexander
19                                              _____
                                                MARK J. ALEXANDER
20                                              Attorney for the Plaintiff

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

**[PROPOSED]** ORDER

Pursuant to the stipulation of the parties, the Initial Case Management Conference currently scheduled in this case for October 5, 2009 at 1:30 p.m. is continued to November 16, 2009 at 1:30 p.m.

IT IS SO ORDERED

Dated: 09/09/09



HON. THELTON E. HENDERSON
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH