```
JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUDWIK CHROBOK,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br>VETERANS ADMINISTRATION<br><br>    Defendant. | No. CV-09-2890 TEH<br><br>**E-FILED**<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE INITIAL CASE<br>MANAGEMENT CONFERENCE |

    The plaintiff Ludwik Chrobok, ("Plaintiff") and the federal defendants United States of America and Veterans Administration ("Federal Defendants")[1] by and through their counsel stipulate to the following:

    WHEREAS Plaintiff filed his complaint in the above-captioned action on June 26, 2009;

    WHEREAS the United States Attorneys Office for the Northern District of California, San Francisco has not yet been served with the complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure;

    WHEREAS, pursuant to Rule l2(a)(3)(A) and (B) of the Federal Rules of Civil Procedure, the United States or its officers or agencies have sixty (60) days after service upon the

---

[1] The Federal Defendants are specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

1 U.S. Attorney to file an answer or other response to a complaint;

2     WHEREAS, the Initial Case Management Conference in the above-captioned action is
3 currently scheduled for November 16, 2009 at 1:30 p.m.;

4     WHEREAS, the Plaintiff and Federal Defendants (collectively "the parties") expect to
5 participate in mediation proceedings on December 17, 2009;

6     ACCORDINGLY, the parties agree and stipulate as follows:

7     The parties respectfully request that the Initial Case Management Conference currently
8 scheduled in this case for November 16, 2009 at 1:30 p.m. be continued to January 11, 2010 at
9 1:30 p.m.

10     So Stipulated.

11 DATED: November 6, 2009     Respectfully submitted,

12     JOSEPH P. RUSSONIELLO
    United States Attorney

13     /s/ Melissa Brown
14     _____
    MELISSA K. BROWN
15     Assistant United States Attorney

17 DATED: November 6, 2009

18     MARK J. ALEXANDER
    Law Offices of Mark J. Alexander

19     /s/ Mark J. Alexander
20     _____
    MARK J. ALEXANDER
21     Attorney for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

1 **[PROPOSED] ORDER**

2    Pursuant to the stipulation of the parties, the Initial Case Management Conference
3 currently scheduled in this case for November 16, 2009 at 1:30 p.m. is continued to January 11,
4 2010 at 1:30 p.m.

6    IT IS SO ORDERED

8    Dated:  11/09/09



_____
HON. THELTON E. HENDERSON
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH