JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUDWIK CHROBOK, ) | No. CV-09-2890 TEH |
|     Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
|     v. ) | **ORDER SELECTING ADR PROCESS** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| VETERANS ADMINISTRATION ) | |
| ) | |
|     Defendant. ) | |

1  Counsel report that they have met and conferred regarding ADR and have reached the
2  following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4  ☐  Non-binding Arbitration (ADR L.R. 4)
5  ☐  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
6  **X**  Mediation (ADR L.R. 6)
7  The parties agree to hold the ADR session by:
8  ☐  the presumptive deadline (The deadline is 90 days from the date of the order
9  referring the case to an ADR process unless otherwise ordered. )
10 **X**  other requested deadline: <u>120 days from the date of the order referring the case to</u>
11 <u>an ADR process</u>..

14 DATED: January 4, 2010                    Respectfully submitted,

15                                           JOSEPH P. RUSSONIELLO
                                             United States Attorney
16
                                                  /s/ Melissa Brown
17                                           _____
                                             MELISSA K. BROWN
18                                           Assistant United States Attorney

19 DATED: January 4, 2010

20
                                             MARK J. ALEXANDER
21                                           Law Offices of Mark J. Alexander

22                                           /s/ Mark J. Alexander
                                             _____
23                                           MARK J. ALEXANDER
                                             Attorney for the Plaintiff

1  **[PROPOSED] ORDER**

2  Pursuant to the stipulation of the parties, the parties are order to participate in court
3  ordered mediation process within one hundred and twenty (120) days from the date of this order.

4

5  IT IS SO ORDERED

6

7  Dated: 01/05/10 _____

8  HON. THELTON E. HENDERSON
   United States District Court Judge

