| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division |
| 3 | MELISSA K. BROWN (CSBN 203307)<br>Assistant United States Attorney |
| 4 | |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6962 |
| 6 | FAX: (415) 436-6748<br>melissa.k.brown@usdoj.gov |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LUDWIK CHROBOK, | ) | No. CV-09-2890 TEH |
| | ) | |
| Plaintiff, | ) | **E-FILED** |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO CONTINUE INITIAL CASE |
| UNITED STATES OF AMERICA, | ) | MANAGEMENT CONFERENCE AND |
| VETERANS ADMINISTRATION | ) | TIME FOR FEDERAL DEFENDANT TO |
| | ) | FILE A RESPONSIVE PLEADING |
| Defendant. | ) | |
| | ) | |

   The plaintiff Ludwik Chrobok, ("Plaintiff") and the federal defendants United States of America and Veterans Administration ("Federal Defendants")[1] by and through their counsel stipulate to the following:

   WHEREAS Plaintiff filed his complaint in the above-captioned action on June 26, 2009 and served the United States Attorneys Office for the Northern District of California, San Francisco on or about November 9, 2009;

   WHEREAS, pursuant to Rule l2(a)(3)(A) and (B) of the Federal Rules of Civil Procedure, the United States or its officers or agencies have sixty (60) days after service upon

---

[1] The Federal Defendants are specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

the U.S. Attorney to file an answer or other response to a complaint and currently a responsive pleading is due on January 8, 2010;

WHEREAS, the Initial Case Management Conference in the above-captioned action is currently scheduled for January 11, 2010 at 1:30 p.m.;

WHEREAS, the Plaintiff and Federal Defendants (collectively "the parties") participated in mediation proceedings on December 17, 2009 and are continuing discussions at least through January 15, 2010;

ACCORDINGLY, the parties agree and stipulate as follows:

The parties respectfully request that the Initial Case Management Conference currently scheduled in this case for January 11, 2010 at 1:30 p.m. be continued to February 15, 2010 at 1:30 p.m. The parties further agree that the Federal Defendant shall have until February 8, 2010 to file a responsive pleading in this action.

So Stipulated.

DATED: January 7, 2010  Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Melissa Brown
_____
MELISSA K. BROWN
Assistant United States Attorney


DATED: January 7, 2010

MARK J. ALEXANDER
Law Offices of Mark J. Alexander

/s/ Mark J. Alexander
_____
MARK J. ALEXANDER
Attorney for the Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the Initial Case Management Conference currently scheduled in this case for January 11, 2010 at 1:30 p.m. is continued to March 1, 2010 at 1:30 p.m. Further, the Federal Defendant shall have until February 8, 2010 to file and serve a responsive pleading.

IT IS SO ORDERED

Dated: 01/07/10      _____
HON. THELTON E. HENDERSON
United States District Judge



STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH