JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUDWIK CHROBOK, ) | No. CV-09-2890 TEH |
|    Plaintiff, ) | **E-FILED** |
| v. ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND TIME FOR FEDERAL DEFENDANT TO FILE A RESPONSIVE PLEADING |
| UNITED STATES OF AMERICA, ) VETERANS ADMINISTRATION ) | |
|    Defendant. ) | |

     The plaintiff Ludwik Chrobok, ("Plaintiff") and the federal defendants United States of America and Veterans Administration ("Federal Defendants")[1] by and through their counsel stipulate to the following:

     WHEREAS Plaintiff filed his complaint in the above-captioned action on June 26, 2009 and served the United States Attorneys Office for the Northern District of California, San Francisco on or about November 9, 2009;

     WHEREAS, pursuant to Rule l2(a)(3)(A) and (B) of the Federal Rules of Civil Procedure, the United States or its officers or agencies have sixty (60) days after service upon

---

[1] The Federal Defendants are specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

the U.S. Attorney to file an answer or other response to a complaint and currently a responsive pleading is due on January 8, 2010;

WHEREAS, the Initial Case Management Conference in the above-captioned action is currently scheduled for January 11, 2010 at 1:30 p.m.;

WHEREAS, the Plaintiff and Federal Defendants (collectively "the parties") participated in mediation proceedings on December 17, 2009 and are continuing discussions at least through January 15, 2010;

ACCORDINGLY, the parties agree and stipulate as follows:

The parties respectfully request that the Initial Case Management Conference currently scheduled in this case for January 11, 2010 at 1:30 p.m. be continued to February 15, 2010 at 1:30 p.m.  The parties further agree that the Federal Defendant shall have until February 8, 2010 to file a responsive pleading in this action.

So Stipulated.

DATED: January 7, 2010                     Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Melissa Brown
_____
MELISSA K. BROWN
Assistant United States Attorney

DATED: January 7, 2010

MARK J. ALEXANDER
Law Offices of Mark J. Alexander

/s/ Mark J. Alexander
_____
MARK J. ALEXANDER
Attorney for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

**[PROPOSED]  ORDER**

Pursuant to the stipulation of the parties, the Initial Case Management Conference currently scheduled in this case for January 11, 2010 at 1:30 p.m. is continued to March 1, 2010 at 1:30 p.m.   Further, the Federal Defendant shall have until February 8, 2010 to file and serve a responsive pleading.

IT IS SO ORDERED

Dated: __01/07/10__



_____
HON. THELTON E. HENDERSON
United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH