JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUDWIK CHROBOK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>VETERANS ADMINISTRATION<br><br>    Defendant. | No. CV-09-2890 TEH<br><br>**E-FILED**<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXTEND TIME FOR<br>FEDERAL DEFENDANT TO FILE A<br>RESPONSIVE PLEADING |

    The plaintiff Ludwik Chrobok, ("Plaintiff") and the federal defendants United States of America and Veterans Administration ("Federal Defendants")[1] by and through their counsel stipulate to the following:

    WHEREAS, the Federal Defendant has requested additional time to file a responsive pleading due to a trial conflict, and the need to assess the possible addition of other parties in this action;

    ACCORDINGLY, the parties agree and stipulate as follows:

    The parties agree that the Federal Defendant shall have until March 10, 2010 to file a responsive pleading in this action.

---

[1] The Federal Defendants are specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

1 | So Stipulated.
2 | DATED: January 27, 2010                                    Respectfully submitted,
3 | JOSEPH P. RUSSONIELLO
United States Attorney
4 |
                                                            /s/ Melissa Brown
5 | _____
MELISSA K. BROWN
6 | Assistant United States Attorney
7 |
8 | DATED: January 27, 2010
9 | MARK J. ALEXANDER
Law Offices of Mark J. Alexander
10 |
11 | /s/ Mark J. Alexander
_____
MARK J. ALEXANDER
12 | Attorney for the Plaintiff

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

**[~~PROPOSED~~] ORDER**

Pursuant to the stipulation of the parties, the Federal Defendant shall have until March 10, 2010 to file and serve a responsive pleading.

IT IS SO ORDERED

Dated: 01/27/10



HON. THELTON E. HENDERSON
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH