JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6962
    FAX: (415) 436-6748
    melissa.k.brown@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| LUDWIK CHROBOK, | ) | No. CV-09-2890 TEH |
| | ) | |
| Plaintiff, | ) | **E-FILED** |
| | ) | |
| v. | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER TO EXTEND TIME FOR |
| UNITED STATES OF AMERICA, | ) | FEDERAL DEFENDANT TO FILE A |
| VETERANS ADMINISTRATION | ) | RESPONSIVE PLEADING |
| | ) | |
| Defendant. | ) | |
| | ) | |

    The plaintiff Ludwik Chrobok, ("Plaintiff") and the federal defendants United States of America and Veterans Administration ("Federal Defendants")[1] by and through their counsel stipulate to the following:

    WHEREAS, the Federal Defendant has requested additional time to file a responsive pleading due to a trial conflict, and the need to assess the possible addition of other parties in this action;

    ACCORDINGLY, the parties agree and stipulate as follows:

    The parties agree that the Federal Defendant shall have until March 10, 2010 to file a responsive pleading in this action.

---

[1]The Federal Defendants are specially appearing for the purposes of filing this stipulation.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH

1    So Stipulated.

2    DATED: January 27, 2010                    Respectfully submitted,

3                                               JOSEPH P. RUSSONIELLO
                                                United States Attorney
4
                                                      /s/ Melissa Brown
5
                                                _____
6                                               MELISSA K. BROWN
                                                Assistant United States Attorney
7

8    DATED: January 27, 2010

9                                               MARK J. ALEXANDER
                                                Law Offices of Mark J. Alexander
10
                                                /s/ Mark J. Alexander
11
                                                _____
12                                              MARK J. ALEXANDER
                                                Attorney for the Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**[PROPOSED ] ORDER**

2        Pursuant to the stipulation of the parties, the Federal Defendant shall have until March 10,

3   2010 to file and serve a responsive pleading.

4

5       IT IS SO ORDERED

6

7   Dated: _____01/27/10_____        _____

8                       HON. THELTON E. HENDERSON
                    United States District...

9



10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE
CV-09-2890 TEH