MARK J. ALEXANDER (CSBN 184265)
Law Offices of Mark J. Alexander
1500 J. Street, Second Floor
P.O. Box 1292
Modesto, CA 95353-1292
Telephone: (209) 577-1646
Fax: (209) 577-1647

Attorney for Plaintiff

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELISSA K. BROWN (CSBN 203307)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6962
   FAX: (415) 436-6748
   melissa.k.brown@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LUDWIK CHROBOK,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, VETERANS ADMINISTRATION<br><br>    Defendant. | No. CV-09-2890 TEH<br><br>SECOND JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER<br><br>Date: June 7, 2010<br>Time: 1:30 p.m.<br>Location: Courtroom 12, 19th Floor |

1  Pursuant to Local Rule 16-9, the parties, plaintiff Ludwik Chrobok ("Plaintiff") and the
2  defendant United States of America ("Federal Defendant") submit this joint case management
3  statement.
4  On May 4, 2010, the parties participated in mediation. During that mediation session the
5  parties reached a tentative settlement agreement. Final approval of the settlement by the
6  government is pending. Accordingly, the parties respectfully request that the Case Management
7  Conference currently scheduled for June 7, 2010 at 1:30 p.m. be continued to July 19, 2010 at
8  1:30 p.m.

DATED: May 26, 2010                         Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                                /s/ Melissa Brown
                                            _____
                                            MELISSA K. BROWN
                                            Assistant United States Attorney


                                            MARK J. ALEXANDER, ESQ.
                                            Law Offices of Mark J. Alexander

                                                /s/ Mark Alexander
Dated: May 27, 2010                         _____
                                            MARK J. ALEXANDER
                                            Attorneys for the Plaintiff

SECOND JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
CV-09-2890 TEH

1 [PROPOSED] ORDER

2 The Case Management Conference currently scheduled for June 7, 2010 at 1:30 p.m. is
3 continued to July 19, 2010 at 1:30 p.m.

4 IT IS SO ORDERED.

6 DATED: 05/28/10

7 HONORABLE THELTON E. HENDERSON
8 United S...



SECOND JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER
CV-09-2890 TEH